Chauncey D. Henry
Henry Law
1597 Grand avenue
N. Baldwin, NY 11510

Re: Rogers v Henry
Case # 16v05271

Dear Chauncey D. Henry:

This case is dismissed as of 12-12-16.

I, do not want anything from you but justice for your wrongdoing. You intentionally, willfully concealed and withheld an attached document issue to you by Federal court Judge Vera M. Scanlon on april 1, 2015.

I want to see you punish to the fullest extent of the law for this crime.

1-13-17
Dated
C/C Patricia Rogers
    Clerk's Office
Federal court Judge Kiyo Matsutomo

Patricia Rogers
140-20 Basecra ave
Jamaica, NY 11436

# HENRY|LAW GROUP

**North Baldwin Office**
1597 Grand Avenue
N. Baldwin, New York 11510
Phone: (516) 366-4367
Fax: (516) 688-3955
hlawg.com

January 9, 2017

**VIA USPS PRIORITY MAIL <9405511899564925870274>**
Patricia Rogers
140-20 Bascom Avenue
Jamaica, New York 11436
Phone: 347-813-5869

Re:   Patricia Rogers v. Ludwig, Family Home Care Services, Eastern District of New York (Brooklyn), 1:14-cv-02438-KAM; Rogers v. Henry, Eastern District of New York (Brooklyn), 16-cv-5271, Our File No.:210-176: **Defendant Chauncey D. Henry's Memorandum of Law In Support of Motion to Dismiss Complaint it its Entirety and Motion for Sanctions**

Dear Ms. Rogers:

Enclosed herewith, kindly find the following:

1. Defendant Chauncey D. Henry's Memorandum of Law In Support of Motion to Dismiss Complaint it its Entirety and Motion for Sanctions;

Chamber Practices of Judge Kiyo A. Matsumoto.

Kindly ensure that your opposition papers are returned to our office by January 23, 2017.

Warm regards,

Chauncey D. Henry, Esq.

UNITED STATES DISTRICT COURT
EASTERN DIVISION OF NEW YORK

------------------------------------------------X
PATRICIA ROGERS,

        Plaintiff,

  -against-                             Civil Case No.: 16-cv-5271

CHAUNCEY D. HENRY, ESQ.

        Defendant.
------------------------------------------------X

**DEFENDANT CHAUNCEY D. HENRY'S**
**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION TO DISMISS COMPLAINT IN ITS**

140-20 Bascom
Jamaica, 11471



Chauncey D. Henry
Henry Jad
1594 Grand avenue
N. Baldwin, New York 11510

**HENRY LAW**
JAN 17 2017
RECEIVED